# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

DAVID LANFORD,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, THROUGH ITS
BOARD, THE REGENTS OF THE UNIVERSITY
OF COLORADO, A BODY CORPORATE,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Defendant files this notice of removal under 28 U.S.C. §§ 1441, 1446(a).

1. Plaintiff is David Lanford; Defendant is the University of Colorado, through its board, the Regents of the University of Colorado, a body corporate.

2. On September 18, 2020, Plaintiff sued the University in the County of El Paso, District Court, State of Colorado, Case No. 2020-cv-31700. [Exhibit A.]

3. The University waived and accepted service of the Complaint and Summons on September 25, 2020. [Exhibit B.]

4. Pursuant to D.C.COLO.LCiv.R. 81.1(b), a current docket sheet (register of actions) is attached as Exhibit C.

5. The University timely files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

6. Removal is proper because Plaintiff's suit presents federal questions over which this Court has jurisdiction – that is, the plaintiff could have originally brought the action in federal court. 28 U.S.C. §§ 1331, 1441(a). Specifically, Plaintiff's Complaint alleges that the University violated section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, during the course of his employment with the University.

7. Because this court has jurisdiction over the actions alleged under Section 504 of the Rehabilitation Act, this court may assert supplemental jurisdiction over Plaintiff's state-law claims, which allege violations of the Colorado Anti-Discrimination Act. 28 U.S.C. § 1441.

8. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

9. Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a). [Exhibits A-F.]

10. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

11. Pursuant to 28 U.S.C. § 1446(d), the University will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

For these reasons, the University asks the Court to remove the suit to the United States District Court for the District of Colorado.

Respectfully submitted on October 16, 2020:

*s/ Erica Weston*
Erica Weston
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
Erica.Weston@cu.edu
*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served on October 16, 2020, via the Court's electronic filing system (CM/ECF) and via email to the following counsel of record:

Ian D. Kalmanowitz, # 32379
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Suite 1
Colorado Springs, CO 80903
ikalmanowitz@cornishanddellolio.com
*Attorney for Plaintiff*

                                                  *s/ Linda Ruth Carter*
                                                  Linda Ruth Carter