| | |
|---|---|
| **DISTRICT COURT, COUNTY OF EL PASO, COLORADO**<br>270 S. Tejon Street<br>Colorado Springs, CO 80903<br>Phone: (719) 452-5000 | DATE FILED: October 7, 2020 11:29 AM<br>FILING ID: 6090D637AE2DD<br>CASE NUMBER: 2020CV31700 |
| **David Lanford,**<br><br>    **Plaintiff,**<br><br>**vs.**<br><br>**University of Colorado, through its Board,<br>the Regents of the University of Colorado,<br>a body corporate,**<br>    **Defendant.** | _____<br>Case Number:<br>2020CV31700<br><br>Division 24<br><br>Courtroom: |
| Ian D. Kalmanowitz, #32379<br>CORNISH & DELL'OLIO, P.C.<br>431 N. Cascade Avenue<br>Colorado Springs, CO 80903<br>Phone: (719) 475-1204<br>Fax: (719) 475-1264<br>Email: ikalmanowitz@cornishanddellolio.com | |
| **Acceptance of Service of Complaint** ||

1.      I am counsel for the Defendant, University of Colorado.

2.      On the date I execute this document I have received a true and correct copy of the Summons and Complaint in this action.

3.      I am authorized to accept service of the above upon University of Colorado.

        Respectfully submitted this 25th day of September, 2020.

                                        */s Erica Weston*

                                        _____
                                        Erica Weston, Attorney Number 35581
                                        Senior Associate University Counsel
                                        University of Colorado
                                        Office of University Counsel - Litigation
                                        1800 Grant Street, Suite 700
                                        Denver, CO 80203
                                        303.860.5684
                                        erica.weston@cu.edu

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2020 a true and correct copy of the foregoing ACCEPTANCE OF SERVICE OF COMPLAINT was served on the following at the address shown and via the method indicated for each:

Ian D. Kalmanowitz            ( )     First Class Mail
Cornish & Dell'Olio, P.C.        ( )     Hand Delivery
431 North Cascade Ave. Suite 1    ( )     Facsimile
Colorado Springs, CO 80903      ( )     Overnight Delivery
                                     ( )     Via File and Serve
ikalmanowitz@cornishanddellolio.com   ( x )    E-mail

*/s Erica Weston*

_____