# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20-cv-3120-DDD

DAVID LANFORD,

      Plaintiff,

v.

UNIVERSITY OF COLORADO, THROUGH ITS
BOARD, THE REGENTS OF THE UNIVERSITY
OF COLORADO, A BODY CORPORATE,

Defendant.

---

## CERTIFICATION OF FILING NOTICE OF FILING NOTICE OF REMOVAL IN STATE COURT

---

Defendant, The University of Colorado, through its board, The Regents of The University of Colorado, a body corporate (the "University") hereby certify compliance with 28 USC § 1446(d), whereby the attached "Notice of Filing of Notice of Removal" was electronically filed with the Colorado Courts E-Filing ("CCEF") system, in the District Court, County of El Paso, State of Colorado, in the matter captioned "David Lanford v University of Colorado" case number 2020CV31700.

**DATED**:  October 21, 2020.


                *s/ Erica Weston*_____
                Erica Weston
                Senior Associate University Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on October 21, 2020, via the Court's

electronic filing system (CM/ECF) and e-mailed the same to the following counsel of record:


Ian D. Kalmanowitz, # 32379
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Suite 1
Colorado Springs, CO 80903
ikalmanowitz@cornishanddellolio.com


*s/ Laura Isacco*
Laura Isacco, Legal Assistant