| DISTRICT COURT, EL PASO COUNTY, COLORADO 270 S. Tejon Street Colorado Springs, Colorado 80903 (719) 452-5000 | DATE FILED: October 16, 2020 4:55 PM FILING ID: 681E5AE51503A CASE NUMBER: 2020CV31700 |
|---|---|
| DAVID LANFORD, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF COLORADO, THROUGH ITS BOARD, THE REGENTS OF THE UNIVERSITY OF COLORADO, A BODY CORPORATE, <br><br> Defendant. | ▲ COURT USE ONLY ▲ _____ <br><br> Case Number: 20CV31700 <br><br> Division: 4 |
| *Attorney for Defendant* <br><br> Erica Weston, #35581 Senior Associate University Counsel University of Colorado, Office of University Counsel 1800 Grant Street, Suite 700 Denver, Colorado 80203 Phone Number: 303-860-5691 Fax Number: 303-860-5650 Erica.Weston@cu.edu | Courtroom: |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

On October 16, 2020, Defendant, the University of Colorado, through its Board, the

Regents of The University of Colorado, filed the attached notice of removal in the Office of the

Clerk of the United States District Court, for the District of Colorado.

Respectfully submitted on October 16, 2020:

*s/ Erica Weston*_____

Erica Weston

Senior Associate University Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served on October 16, 2020, via

the Colorado Courts E-filing System to the following:


Ian D. Kalmanowitz, # 32379
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Suite 1
Colorado Springs, CO 80903
ikalmanowitz@cornishanddellolio.com

*s/ Linda Ruth Carter*
Linda Ruth Carter, Paralegal
