## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03120-DDD-KMT

_____

DAVID LANFORD,

      Plaintiff,

v.

UNIVERSITY OF COLORADO, through its
Board, the Regents of the University of
Colorado, a body corporate,

      Defendant.

_____

### Notice of Entry of Appearance for Ian D. Kalmanowitz
_____

COMES NOW Ian D. Kalmanowitz of the law firm of Cornish & Dell'Olio, P.C.,

431 North Cascade Avenue, Suite 1, Colorado Springs, CO, 80903, Telephone 719-

475-1204, Facsimile: 719-475-1264, and respectfully submits this Notice of Appearance

as counsel for Plaintiff, David Lanford.

Respectfully submitted this 3rd day of November, 2020.

                    CORNISH & DELL'OLIO, P.C.

                    s/ Ian D. Kalmanowitz
                    Ian D. Kalmanowitz, # 32379
                    Cornish & Dell'Olio, P.C.
                    431 N. Cascade Avenue, Ste. 1
                    Colorado Springs, CO 80903
                    TEL (719) 475-1204
                    FAX (719) 475-1264
                    Email: ikalmanowitz@cornishanddellolio.com
                    Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2020, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing **Notice of Entry of Appearance for Ian D. Kalmanowitz** was sent by email:

Erica Weston
Senior Associate University Counsel
University of Colorado
Office of University Counsel - Litigation
1800 Grant Street, Suite 700
Denver, CO 80203
303.860.5684
erica.weston@cu.edu

s/Esther Kumma Abramson
Esther Kumma Abramson
