IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 20–cv–03120–DDD–KMT

DAVID LANFORD,

      Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board, the Regents of the University of Colorado,
a body corporate,

      Defendant.

---

**ORDER**

---

In accordance with the guidance from the CDC and the CDPHE, this court is attempting to minimize the need for litigants, attorneys and court personnel to gather in or near the Colorado Springs court facility. (See General Orders 2020-3, 2020-6, 2020-8, 2020-10, 2020-11, 2020-14, 2020-15, 2020-16, 2020-18 and 2020-19.) The court itself remains operational and is fully staffed by employees working both in the office and remotely. Under these circumstances, unless there are unusual circumstances involved in a case, the court is opting to proceed with scheduling the case deadlines without a Fed. R. Civ. P. 16 conference.

The parties have filed a Proposed Scheduling Order [Doc. No. 13] which this court has carefully reviewed.  The scheduling provisions agreed upon by the parties[1] are acceptable to the court and therefore the discovery schedule as proposed by the parties will be adopted.

The court specifically advises the parties that KMT Practice Standards, Section III, is fully applicable during the discovery period.  Please familiarize yourself with those provisions. Any discovery motion which is filed without first engaging in the required Discovery Dispute Resolution Procedure outlined therein will be stricken.

Dates for a Final Pretrial Conference, Trial Preparation Conference and Trial will be set by the District Court on separate order. Please see Judge Domenico's Civil Practice Standards Section IV.A.1.

Dated December 21, 2020.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge

---

[1] Any provisions that were proposed by one party and not specifically agreed to by the other parties, nor specifically addressed and decided by the court are deemed disputed and not adopted by the court at this time.