## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03120-DDD-KMT

_____

DAVID LANFORD,

      Plaintiff,

v.

UNIVERSITY OF COLORADO, through its
Board, the Regents of the University of
Colorado, a body corporate,

      Defendant.

_____

### STIPULATION OF DISMISSAL WITH PREJUDICE

_____

COME NOW the Parties through undersigned counsel and hereby stipulate to the

dismissal of this action with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party

to bear its own attorneys' fees and costs.

Respectfully submitted this 23rd day of March, 2021.


| | |
|---|---|
| _s/ Ian D. Kalmanowitz_ | _s/Erica Weston_ |
| Ian D. Kalmanowitz | Erica Weston |
| Cornish & Dell'Olio, P.C. | University of Colorado |
| 431 N. Cascade Ave., Ste. 1 | Office of University Counsel |
| Colorado Springs, CO 80903 | 1800 Grant Street, Suite 700 |
| Tel: 719-475-1204 | Denver, CO 80203 |
| Facsimile: 719-475-1264 | 303-860-5691 |
| ikalmanowitz@cornishandddellolio.com | Erica.Weston@cu.edu |
| Attorney for Plaintiff | Attorneys for Defendant |